RECEIVED
IN CLERK'S OFFICE
MAR 8 2012
U.S. DISTRICT COURT
MID. DIST. TENN.

SCANNED

3/5/12 6:07 PM

Dear United States District Court Clerk,
I am contacting you today requesting the status of my case.

No. 3:11-CV-01234
District Judge William J. Haynes, Jr

ORDER
Thu motion
is GRANTED. See
the Order of
January 26,
2012.

[signature]
USDJ
3-9-12

Sincerly
Michael Walker Jr
#427022
NECX
P.O. Box 5000
5949 Highway 67 We[st]
Mountain City, TN 37[6]

(xc: sent docket sheet to pltff.)